1  DOUGLAS HAN (SBN 232858)
   Email: dhan@justicelawcorp.com
2  SHUNT TATAVOS-GHARAJEH (SBN 272164)
   Email: statavos@justicelawcorp.com
3  WILLIAM WILKINSON (SBN 346777)
   Email: wwilkinson@justicelawcorp.com
4  **JUSTICE LAW CORPORATION**
   751 N. Fair Oaks Avenue, Suite 101
5  Pasadena, California 91103
6  Telephone: (818) 230-7502
   Facsimile: (818) 230-7259
7
   *Attorneys for* Plaintiffs
8
9  COREY J. CABRAL (SBN 286712)
   ccabral@cdflaborlaw.com
10 SANDER VAN DER HEIDE (SBN 267618)
   svanderheide@cdflaborlaw.com
11 DALIA Z. KHATIB (SBN 323712)
   dkhatib@cdflaborlaw.com
12 **CDF LABOR LAW LLP**
13 900 University Avenue, Suite 200
   Sacramento, California 95825
14 Telephone: (916) 361-0991

15 *Attorneys for* Defendants

16
## UNITED STATES DISTRICT COURT
17
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE GALLAHER, individually, and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"); <br><br> Plaintiff, <br> v. <br><br> IOSM, INC. d/b/a ON-SITE HEALTH & SAFETY, a California corporation; and DOES 3 through 100, inclusive; <br><br> Defendants. | Case No.  3:23-cv-03625-JSC <br><br> Assigned for all purposes to: <br> Magistrate Jacqueline Scott Corley <br> Courtroom 8 – 19th Floor <br><br> **JOINT STIPULATION TO DISMISS** <br><br> **[Fed. R. Civ. Proc. 41(a)(1)]** <br><br> Complaint Filed: March 28, 2022 <br> Removed:          July 21, 2023 <br> Trial Date:          None Set |

1
JOINT STIPULATION TO DISMISS AND ~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Nichole Gallaher and Clayton Margason and Defendants IOSM, Inc. dba On-Site Health & Safety, Virginia Siegel, and Zulema Garcia ("Parties"), through their respective undersigned counsel, that the Parties have entered into a Confidential Settlement Agreement and Release of All Claims ("Settlement Agreement"), that pursuant to the terms of such Settlement Agreement, Plaintiffs' individual claims shall be dismissed with prejudice and their class action and representative PAGA claims shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that **this Court shall retain jurisdiction to enforce the Settlement Agreement** and Joint Stipulation to Dismiss. This Joint Stipulation to Dismiss and Settlement Agreement are both expressly conditioned upon the Court retaining jurisdiction over the Settlement Agreement after dismissal. Each party shall bear its own costs.

**IT IS SO STIPULATED.**

DATED: November 19, 2025

**JUSTICE LAW CORPORATION**

By: _____
Douglas Han
Shunt Tatavos-Gharajeh
William Wilkinson
*Attorneys for* Plaintiffs

DATED: November 19, 2025

**CDF LABOR LAW LLP**

By: _____
Corey J. Cabral
Sander van der Heide
Dalia Z. Khatib
*Attorneys for* Defendants

**[~~PROPOSED~~] ORDER**

Before the Court is the Stipulation to Dismiss filed by Plaintiffs Nichole Gallaher and Clayton Margason and Defendants IOSM, Inc. dba On-Site Health & Safety, Virginia Siegel, and Zulema Garcia ("Parties"). For good cause shown, the Joint Stipulation to Dismiss is APPROVED. Plaintiffs' individual claims are hereby dismissed with prejudice and the claims on behalf of the putative class and aggrieved employees are dismissed without prejudice.

Notwithstanding that this action shall be administratively closed, and pursuant to the terms and conditions set forth in the Settlement Agreement, **this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Joint Stipulation to Dismiss**. Each party shall bear its own costs, expenses, and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 21, 2025

*[signature]*
Honorable Jacqueline Scott Corley
Judge of the Federal Court